UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PEARL BURRELL,<br><br>    Plaintiff<br><br>v.<br><br>PACIFICA SOLEVITA LLC, et al.,<br><br>    Defendants | Case No.: 2:18-cv-00883-APG-NJK<br><br>**Order Dismissing Case** |

    Magistrate Judge Koppe previously directed plaintiff Pearl Burrell to file an amended complaint on or before August 31, 2018, if Burrell could correct the identified deficiencies. ECF No. 8. Burrell has not filed an amended complaint as directed. I therefore dismiss this action without prejudice.

    IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice. The clerk of court is instructed to close this case.

    DATED this 16th day of October, 2018.

                                                         ANDREW P. GORDON<br>                                                         UNITED STATES DISTRICT JUDGE